JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DJUAN LARAY W.,                    )    Case No. EDCV 21-00752-JEM
                                   )
            Plaintiff,             )
                                   )    **JUDGMENT**
      v.                           )
                                   )
KILOLO KIJAKAZI,                   )
Acting Commissioner of Social Security,  )
                                   )
            Defendant.             )
_____   )

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.


DATED: July 12, 2022                    */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE